# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

December 21, 2020

**BY ECF**
The Honorable Kenneth M. Karas
Southern District of New York

Re:     *Eric McCormick v. Westchester County, et al.,* 19 CV 2916 (KMK)

Dear Judge Karas:

       I respectfully request a one-week extension to address defendant Westchester County's request for a pre-motion conference. Defense counsel, Mr. Paul Sanders, Esq. consents. If the request is granted, the new deadline would now be December 29, 2020. I am still in the process of amending the complaint with the names that were provided to me by defendants. However, due to COVID, I was not in my office last week.

       Thank you.

Granted.
So Ordered.

*/s/ Kenneth M. Karas*
12/21/20

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     *Defense Counsel* (by ECF)

1