# MEMO ENDORSED

## PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

February 3, 2021

**BY ECF**
The Honorable Kenneth M. Karas
Southern District of New York

Re: *Eric McCormick v. Westchester County, et al.*, 19 CV 2916 (KMK)

Dear Judge Karas:

    I represent the plaintiff in this action. Plaintiffs' response to defendants' combined pre-motion conference request to file motion to dismiss is due today. I respectfully request an extension to February 9, 2021.

    The parties are working towards dismissing certain defendants from this action. We have not finalized the language. This short extension would allow the parties to work towards that stipulation.

    Thank you.

Granted.

So Ordered.

*[signature]*

2/3/21

Respectfully,

/s
Vik Pawar (VP9101)

Cc: *Defense Counsel* (by ECF)

1