MEMO ENDORSED

# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

April 20, 2021

**BY ECF**
The Honorable Kenneth M. Karas
Southern District of New York

Re:   *Eric McCormick v. Westchester County, et al.*, 19 CV 2916 (KMK)

Dear Judge Karas:

      I respectfully request a two-week extension to submit the opposition to defendants' motion to dismiss. Defense counsel consents. Although this request is not made due to my "Texas" case, deadlines in other matters have arisen and I could use the additional time.

      If the Court approves this request, plaintiff's opposition will be due on or before May 7, 2021 and defendants' reply papers would be due on May 21, 2021.

      Thank you.

Granted.
So Ordered.

*[signature]*

4/20/21

Respectfully,

*[signature]*

Vik Pawar (VP9101)

Cc:   *Defense Counsel (by ECF)*

1