UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Eric McCormick,

                         Plaintiff,                        19 CV 02916 (KMK)

    -v-                                                  CALENDAR NOTICE

County of Westchester, et al.,

                         Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

      Please take notice that the above captioned action has been scheduled for oral argument on Defendants' pending Motion to Dismiss before the Honorable Kenneth M. Karas, United States District Judge, on Friday, December 2, 2022 at 10:30 a.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: October 31, 2022
         White Plains, New York

                                                        So Ordered

                                                        Kenneth M. Karas, U.S.D.J