# PAWAR LAW GROUP P.C.

## ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

April 28, 2023

**BY ECF**
The Honorable Kenneth M. Karas
Southern District of New York

Re:     *Eric McCormick v. Westchester County, et al.,* 19 CV 2916 (KMK)

Dear Judge Karas:

I represent the plaintiff in this action. Following the Court's ruling on defendants' motion to dismiss, Your Honor set a deadline for plaintiff to file another amended complaint and set a conference for May 5, 2023. With defense counsel's consent, I write to seek an extension of the deadline and adjournment of the May 5, 2023 conference.

Plaintiff is currently incarcerated, and I have been unable to speak or meet with him. He expects to be released in June 2023. I would be in a better position to file the amended complaint after speaking with him. Therefore, I respectfully request that the Court allow plaintiff until late June to file an amended complaint and then set a date for the conference. Naturally, the defendants who remain in the action, their deadline to file an answer would be tolled until an amended complaint is filed.

Thank you.

Granted. The Amended Complaint is
due 7/15/23.

So Ordered.

4/28/23

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     *Defense Counsel* (by ECF)

1