MEMO ENDORSED

# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

July 11, 2023

**BY ECF**
The Honorable Kenneth M. Karas
Southern District of New York

Re:   *Eric McCormick v. Westchester County, et al.,* 19 CV 2916 (KMK)

Dear Judge Karas:

I represent the plaintiff in this action. I write to request another extension to file the amended complaint from July 14 to August 14, 2023. Defense counsel consents and we have agreed defendants' response would be due at least 30 days from the date of the filing of the amended complaint (and additional time if needed).

I need this additional time because although plaintiff is no longer incarcerated, he is in an in-patient drug program which makes it difficult to have an in person face to face meeting and we only communicate substantively via letter.

Thank you.

Granted.
So Ordered.

*[signature]*
7/11/23

Respectfully,

/s
Vik Pawar (VP9101)

Cc:   *Defense Counsel* (by ECF)

1