# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

November 28, 2023

**BY ECF**
The Honorable Kenneth M. Karas
Southern District of New York

**MEMO ENDORSED**

Re:     *Eric McCormick v. Westchester County, et al.,* 19 CV 2916 (KMK)

Dear Judge Karas:

I respectfully request an extension to file plaintiff's opposition to defendants' motion to dismiss. Defense counsel consents. The need for this request is due to personal medical issues facing my friends and family the last few weeks.

If the Court grants the extension the new deadlines would be as follows:

Opposition due December 15, 2023.

Reply due January 2, 2024.

Thank you.

Granted.
So Ordered
11/28/23

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     *Defense Counsel* (by ECF)

1